McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>MATTHEW R. PAULA<br>          Defendant. | Case No. 5:19-po-00315-JLT<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:19-po-00315-JLT against MATTHEW R. PAULA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 24, 2020                     Respectfully submitted,

                                                            McGREGOR W. SCOTT
                                                            United States Attorney

                                          By:   /s/ William B. Taylor
                                                            WILLIAM B. TAYLOR
                                                            Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:19-po-00315-JLT against MATTHEW R. PAULA be dismissed, without prejudice, in the interest of justice.

DATED: Aug 24, 2020

_____
HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE